**Squire Patton Boggs (US) LLP**

Paul D. Erian
NJ Bar No. 039342009
paul.erian@squirepb.com
Phone: (212) 872-9829
1211 Avenue of the Americas
26th Floor
New York, NY 10036

*Counsel for Defendant United Parcel Service, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **RYAN DUFFY,** | : | |
| | : | |
| **525 Route 73 North, Suite 104** | : | |
| **Marlton, NJ 08053** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No.** |
| | : | |
| **UNITED PARCEL SERVICE, INC.,**[1] | : | **Superior Court Docket No.** |
| | : | **HUD-L-001464-22** |
| **55 Glenlake Parkway NE** | : | |
| **Atlanta, GA 30328** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

Defendant United Parcel Service, Inc. (hereinafter "Defendant" or "UPS") gives notice of the

removal of this civil action from the New Jersey Superior Court, Hudson County, Law Division to the

United States District Court for the District of New Jersey, Newark Vicinage pursuant to 28 U.S.C. §§

---

[1] Plaintiff improperly names United Parcel Service, Inc., a Delaware corporation as the Defendant in this action. The properly named UPS Defendant should be Plaintiff's former and prospective employer United Parcel Service, Inc., an Ohio corporation. United Parcel Service, Inc., an Ohio Corporation, files this Notice of Removal as if Plaintiff had named it as the proper entity, and does not oppose Plaintiff amending the Complaint to name the proper Defendant.

- 1 -

- 2 -

1331, 1367, 1441, and 1446. This Court possesses original jurisdiction over this action via federal-question and supplemental jurisdiction.

## I.    INTRODUCTION

Plaintiff Ryan Duffy filed this action under docket number HUD-L-001464-22 in the Superior Court of New Jersey, Hudson County, Law Division on May 4, 2022 alleging claims of military service discrimination in violation of the New Jersey Law Against Discrimination ("NJLAD") and the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. §§ 4301, *et seq. See generally* **Exhibit A**, Compl. Plaintiff served the Summons and Complaint on UPS through its registered agent on May 10, 2022. True and correct copies of all process, pleadings, and orders served upon UPS are attached as "**Exhibit B**."

## II.    THIS    COURT    HAS    FEDERAL-QUESTION    AND    SUPPLEMENTAL JURISDICTION OVER THIS ACTION.

This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction over Plaintiff's claims under 28 U.S.C. §§ 1331 and 1367 had Plaintiff filed this action initially in federal court. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the USERRA claim asserted in Plaintiff's Complaint as that claim arises under federal law. *See* 20 C.F.R. § 1002.305(c) (vesting district courts with jurisdiction over claims under USERRA by individuals against private employers). This Court has supplemental jurisdiction over Plaintiff's NJLAD claim, which is asserted based on substantially the same set of alleged facts as Plaintiff's USERRA claim and which thus "form[s] part of the same case or controversy thereof." *See* 28 U.S.C. § 1367.

- 2 -

## III.   REMOVAL IS TIMELY AND CONSENTED TO BY ALL SERVED DEFENDANTS.

UPS was served with the Summons and Complaint on May 10, 2022. *See* Exh. C, Notice of Service of Process. This Notice of Removal is therefore timely filed within 30 days thereafter. *See* 28 U.S.C. § 1446(b); *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 354 (1999) (noting that the 30-day period under § 1446(b) begins to run upon service of the summons and complaint upon a defendant). UPS consents to its own removal of this action to this Court.  Because there are no other properly joined and served defendants to this action, all consent requirements imposed by 28 U.S.C. § 1446(b)(2) are satisfied.

## IV.   VENUE IS APPROPRIATE IN THIS COURT.

The United States District Court for the District of New Jersey, Newark Vicinage is the district court for the district embracing the New Jersey Superior Court, Hudson County where this action was filed and is currently pending. Venue is therefore proper in this Court pursuant to 28 U.S.C. § 1441(a). Venue is further proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions alleged in the Complaint as giving rise to Plaintiff's claims occurred in this district. *See* Exh. A, Compl. at ¶ 24 (alleging that the UPS employee whom Plaintiff claims to have interacted with was stationed in Hudson County, New Jersey).

## V.   NOTICE TO STATE COURT

A copy of this Notice of Removal is being contemporaneously filed with the New Jersey Superior Court, Hudson County, Law Division, where this case was originally filed and is currently pending.

WHEREFORE, UPS respectfully requests that this action be removed to the United States District Court for the District of New Jersey, Newark Vicinage and that no further proceedings be held in the New Jersey Superior Court, Hudson County, Law Division.

- 3 -

- 4 -

Respectfully submitted this 9th day of June, 2022.

**Squire Patton Boggs (US) LLP**

*/s/ Paul Erian*
Paul D. Erian
NJ Bar No. 039342009
paul.erian@squirepb.com
Phone: (212) 872-9829
1211 Avenue of the Americas
26th Floor
New York, NY 10036

David W. Long-Daniels*
david.long-daniels@squirepb.com
Phone:  (678) 272-3202
Angela F. Ramson*
angela.ramson@squirepb.com
Phone:  (678) 272-3203
One Atlantic Center
1201 W. Peachtree St. NW
Suite 3150
Atlanta, GA 30309
Tel. (678) 272-3200
Fax. (678) 272-3211

*\* Pro Hac Vice Application Forthcoming*

**_Counsel for United Parcel Service, Inc._**

- 4 -

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

I, Paul D. Erian, the undersigned attorney of record for Defendant United Parcel Service, Inc., do hereby certify to my own knowledge and based upon information available to me that the matter in controversy is not the subject of any other action now pending in any court or in any arbitration or administrative proceeding.

This 9th day of June, 2022.

/s/ Paul Erian
Paul D. Erian

**Counsel for United Parcel Service, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, I caused a copy of Defendant's Notice of Removal to be served via first class mail on the following counsel for Plaintiff:

Franklin J. Rooks, Jr., Esquire
Morgan Rooks, P.C.
525 Route 73 North, Suite 104
Marlton, NJ 08053

This 9th day of June, 2022.

/s/ Paul Erian
Paul D. Erian

**Counsel for United Parcel Service, Inc.**

010-9386-3326/2/AMERICAS